**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000054
17-AUG-2011
08:25 AM**

NO. CAAP-11-0000054

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASSOCIATION OF CONDOMINIUM HOMEOWNERS OF TROPICS AT WAIKELE,
by its Board of Directors, Plaintiff-Appellee,

v.

PATSY NAOMI SAKUMA, Defendant-Appellant,

and

FIRST HAWAIIAN BANK, a Hawai'i corporation;
WAIKELE COMMUNITY ASSOCIATION, a Hawai'i nonprofit corporation,
Defendants-Appellees,

and

JOHN DOES 1-5; JANE DOES 1-5; DOE PARTNERSHIPS 1-10;
DOE ENTITIES 1-5; and DOE GOVERNMENTAL UNITS 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1487)

ORDER DENYING AUGUST 11, 2011 HRAP RULE 40
MOTION FOR RECONSIDERATION OF AUGUST 3, 2011
ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Nakamura, Chief Judge, Foley and Fujise, JJ.)

Upon review of (1) the August 3, 2011 order dismissing
this appeal for lack of jurisdiction, (2) Defendant-Appellant
Patsy Naomi Sakuma's (Appellant Sakuma) August 11, 2011 motion to

reconsider the August 3, 2011 dismissal order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we have not overlooked or misapprehended any points of law or fact, and, thus Appellant Sakuma's August 11, 2011 HRAP Rule 40 motion to reconsider the August 3, 2011 dismissal order lacks merit. Accordingly,

IT IS HEREBY ORDERED that Appellant Sakuma's August 11, 2011 HRAP Rule 40 motion to reconsider the August 3, 2011 dismissal order is denied.

DATED: Honolulu, Hawai'i, August 17, 2011.

Chief Judge

Associate Judge

Associate Judge